**Order entered March 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01328-CV

### IN THE INTEREST OF J.S., JR. & S.S., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-13-00877-W**

## ORDER

The State's second motion to extend time to file brief is **GRANTED**. The brief tendered

with the motion is deemed filed on March 11, 2019.

/s/     DAVID L. BRIDGES
          PRESIDING JUSTICE